UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO CABRERA ALCARAZ, | Case No.  1:26-cv-1723-DAD-JDP |
| Petitioner, | |
| v. | ORDER |
| TONYA ANDREWS, *et al.*, | |
| Respondents, | |

On March 9, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 11.  The court also referred the matter to me for further proceedings.  *Id.*

The parties will be provided with an opportunity to brief the merits of the petition. Respondents may file an answer to the petition within seven days.  If respondents file an answer, petitioner may file a reply within seven days.  If respondents do not file an answer within seven days, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that respondents may file an answer to the petition within seven days.  If respondents file an answer, petitioner may file a reply within seven days.

IT IS SO ORDERED.


Dated:    March 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE