UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEOPOLDO CABRERA ALCARAZ,

Petitioner,

v.

TONYA ANDREWS, et al.,[1]

Respondents.

No. 1:26-cv-01723-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF *HABEAS CORPUS*

(Doc. Nos. 1, 18)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 18.) Specifically, the assigned magistrate judge found that petitioner was entitled, as required by due process, to the preliminary injunctive relief already granted by the undersigned being converted into a permanent injunction. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, as acting Attorney General, automatically substitutes in place of respondent Pamela Bondi, and Markwayne Mullin, as Secretary of the Department of Homeland Security, automatically substitutes in place of respondent Kristi Noem. Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").

1

seven (7) days after service. (*Id.*) On June 27, 2026, respondents filed untimely objections to the pending findings and recommendations which are comprised of a single sentence stating that respondents object for the reasons stated in their prior briefing. (Doc. No. 21 at 1.) Even if timely filed[2], these objections would not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1.    The findings and recommendations filed on April 16, 2026 (Doc. No. 18) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

a.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is either a danger or flight risk;

3.    The Clerk of the Court is directed to substitute Todd Blanche in place of respondent Pamela Bondi and substitute Markwayne Mullin in place of respondent Kristi Noem; and

4.    The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **June 29, 2026**                    _____
                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE

---

[2] The court has considered the untimely objections.

2